

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-15-00245-CR

Julio Alejandro **ZUNIGA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0936
Honorable Raymond Angelini, Judge Presiding

# O R D E R

In his July 6, 2015 motion to recalculate the time to file Appellant's brief, Appellant notes that the appellate record is not complete because parts of the reporter's record have not been filed. *See* TEX. R. APP. P. 38.6(a).

On July 20, 2015, court reporter Bettina J. Williams filed a notice of late reporter's record. She indicates her the portion of the reporter's record for which she is responsible will comprise approximately 1,000 pages and will not be ready until October 30, 2015. We construe her notice as a request for an extension of time to file the reporter's record.

Appellant's motion to recalculate the time to file Appellant's brief is GRANTED. Appellant's brief will be due THIRTY DAYS after the reporter's record is filed. *See id.*

The court reporter's request is GRANTED IN PART. The reporter's record must be filed with this court by **August 19, 2015**. *See id.* R. 35.3(c) (limiting an extension to thirty days in an ordinary appeal).

If the reporter's record is not filed with this court by August 19, 2015, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court